UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:26-cv-00047

| | | |
|---|---|---|
| CHRISTOPHER LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' TOWN OF** |
| | ) | **MOORESVILLE, CHIEF RON** |
| TOWN OF MOORESVILLE, | ) | **CAMPURCIANI, TRACEY** |
| NORTH CAROLINA; CHIEF | ) | **JEROME, CHRIS CARNEY and** |
| RON CAMPURCIANI, in his | ) | **CHRIS QUINN'S MOTION FOR** |
| official and individual capacities, | ) | **EXTENSION OF TIME TO** |
| TRACEY JEROME, in her official | ) | **ANSWER PLAINTIFF'S** |
| and individual capacities; CHRIS | ) | **COMPLAINT** |
| CARNEY, in his individual | ) | |
| capacity, and CHRIS QUINN, in | | |
| his individual capacity, | | |
| | | |
| Defendants. | | |

**NOW COME** Defendants Town of Mooresville, Chief Ron Campurciani, Tracey Jerome, Chris Carney, and Chris Quinn, ("Defendants"), by and through the undersigned counsel, and hereby move the Court pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1 for an order enlarging the time allowed for Defendants to respond to the Plaintiff's Complaint. This Motion for Extension of Time to Respond to Plaintiff's Complaint is made without waiving any Rule 12 defenses under the Federal Rules of Civil Procedure.

In support of this motion Defendants state as follows:

1. The Complaint was filed by Plaintiff on March 4, 2026.

2. Defendants were served with Plaintiff's Complaint on or about March 23, 2026 and March 24, 2026, making a responsive pleading due on April 13, 2026 and April 14, 2026. As such, the time for responding thereto has not yet expired.

3. Undersigned counsel represents that additional time is needed in order to properly investigate the allegations in the Complaint and to prepare an appropriate response on behalf of the Defendants.

4. The undersigned has consulted with counsel for Plaintiff in regard to the above reference extension. Plaintiff's counsel has no objection to this Motion.

5. This motion is filed in good faith for the reasons stated and not for purposes of delay.

6. A proposed Order granting the requested extension of time is submitted herewith.

**WHEREFORE**, Defendants respectfully moves this Court for a thirty (30) day extension of time through and including May 13, 2026, within which to respond to Plaintiff's Complaint

This the day 31st of March 2026.

CRANFILL SUMNER LLP

By:    /s/ *Jake W. Stewart*
       Jake W. Stewart, NC Bar #51157
       Ariella Z. Walsh, NC Bar #55047
       *Attorneys for Defendants*
       P.O. Box 30787
       Charlotte, NC  28230
       Telephone: (704) 332-8300
       Facsimile: (704) 332-9994
       E-mail: jstewart@cshlaw.com
       E-mail: awalsh@cshlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that the undersigned has this day electronically filed the foregoing ***Defendants' Motion for Extension of Time to Answer Complaint,*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

C. Christopher Adkins
Adkins Law, PLLC
9620 Sherrill Estates Road
Huntersville, NC 28078
Telephone: (704) 274-5677
Fax: (877) 208-7577
Email: chris@huntersvillelawyer.com
*Attorney for Plaintiff*

Christerfer R. Purkey
Rech Law, P.C.
18125 W. Catawba Avenue
Cornelius, NC 28031
Telephone: (704) 228-2790
Fax: (704) 909-7410
Email: cpurkey@rechlaw.com
*Attorney for Plaintiff*

This the 31st day of March 2026.

CRANFILL SUMNER LLP

BY:  /s/ *Jake W. Stewart*
Jake W. Stewart, NC Bar #51157
Ariella Z. Walsh, NC Bar #55047
*Attorneys for Defendants*
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
jstewart@cshlaw.com
awalsh@cshlaw.com